ABBEY L. COOK, AS EXECUTRIX, ETC., APPELLANT, *v.* THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, IMPLEADED WITH OTHERS, RESPONDENT.

Order affirmed, with $10 costs, and disbursements.

MILO HUNT AND CALEB M. HOLBROOK, RESPONDENTS, *v.* THOMAS M. KEELY, APPELLANT.

Order affirmed, with $10 costs, and disbursements.
Opinion PER CURIAM.

JOHN D. JONES AND JULIUS E. HINTZ, RESPONDENTS, *v.* JOHN H. TIENKEN, APPELLANT.

Order modified, as directed in opinion, without costs to either party.
Opinion PER CURIAM.